UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYBELLINE MUNGIA,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 09-2440 PJH

**JUDGMENT**

    This action having come before the court on the parties' cross-motions for summary judgment and the court having denied plaintiff's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is affirmed pursuant to sentence four of 42 U.S.C. § 405(g).  This constitutes a final judgment and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: March 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge